UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00474-MOC

| | |
|---|---|
| **GLENN R. KNOTTS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER OF REMAND and** |
| ) | **JUDGMENT** |
| ) | |
| **CAROLYN W. COLVIN, acting Commissioner of** ) | |
| **Social Security,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the consent Motion for Reversal and Remand Pursuant to Sentence Four. Having considered the consent motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the consent Motion for Reversal and Remand Pursuant to Sentence Four (#13) is GRANTED and plaintiff's Motion for Summary Judgment (#11) is DENIED without prejudice as moot.

## JUDGMENT

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that, pursuant to sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner is **REVERSED** and the cause is **REMANDED** for further administrative proceedings not inconsistent with the consent Motion and this Judgment. On remand, the Administrative Law Judge is directed to: (1) further evaluate plaintiff's mental impairments, specifically considering his Global Assessment of Functioning scores and history of suicidal ideation; (2) evaluate all medical opinions pursuant

to 20 C.F.R. §§ 404.1527(c), 416.927(c) citing to specific evidence to support his conclusions; and (3) if necessary, obtain supplemental vocational expert testimony.

This action is DISMISSED.

Signed: January 23, 2014

Max O. Cogburn Jr.
United States District Judge